PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAMELA RENEE MARTIN,<br><br>             Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Acting<br>   Commissioner Of Social Security,<br><br>             Defendant. | CIVIL NO. 1:15-cv-01678-SKO<br><br>**STIPULATION AND PROPOSED ORDER TO EXPUNGE THE CERTIFIED ADMINISTRATIVE RECORD FILED ON MARCH 22, 2016 AND REPLACE WITH SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORDS**<br><br>**(Doc. 11)** |

IT IS HEREBY STIPULATED by the parties to the above-captioned action, by and through their undersigned attorneys that Pages 32 through 70 of the Certified Administrative Record filed on March 22, 2016 (Docket Number 9) have been determined to be confidential records pertaining to an individual other than the plaintiff.  These pages have been removed and destroyed by Plaintiff's counsel, the Assistant United States Attorney, and the Assistant Regional Counsel.   Subject to the Court's approval, all hard copies and electronic copies of the Certified Administrative Record filed on March 22, 2016 (Docket Number 9) will be destroyed and expunged by the Court, including the document available via the Case Management and Electronic Case Filing (CM/ECF) system.  The parties certify that the contents of pages 32 through 70 of the Certified Administrative Record filed on March 22, 2016 (Docket Number 9) will be destroyed

1  and not disclosed to anyone not legally entitled to the information.  The inadvertent inclusion of
2  pages 32 through 70 of the certified record filed on March 22, 2016 (Docket Number 9) will not
3  be a basis for claimed error.
4      A supplemental Certified Administrative Record, with appropriate redactions, will be filed
5  by the defendant in this action.  The supplemental Certified Administrative Record will reflect that
6  pages 32 through 70 pertained to an individual other than the plaintiff and have been removed.
7  The defendant will also file a supplemental Certified Administrative Record containing the
8  hearing transcript for the above-captioned matter.

9  Date: June 1, 2016                                       LAW OFFICES OF LAWRENCE D. ROHLFING

11                                                          By:  /s/ * *Young Cho*
12                                                          YOUNG CHO
                                                            Attorneys for the Plaintiff
13                                                          (*Authorized by email on May 31, 2016)

15  Date: June 1, 2016                                      PHILLIP A. TALBERT
                                                            Acting United States Attorney
16

17                                                          By:  /s/ *Sharon Lahey*
18                                                          SHARON LAHEY
19                                                          Special Assistant United States Attorney

20

21                                       **ORDER**

22

23      Based on the above stipulation, the parties' request to expunge the Certified Administrative
24  record filed on March 22, 2016, (Doc. 11), is hereby GRANTED.  The Clerk is directed to remove
25  the Certified Administrative Record filed on March 22, 2016 (Docs. 9-1 through 9-12), from the
26  CM/ECF docket and destroy the hard copy of same.
27      It is FURTHER ORDERED that Defendant shall file an amended Certified Administrative
28  Record with appropriate redactions within seven (7) days of entry of this Order.

1   Nothing in this Order modifies the Scheduling Order entered November 6, 2015, (Doc. 5), which remains in effect.

IT IS SO ORDERED.

Dated:   **June 2, 2016**                                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE