# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PAMELA RENEE MARTIN,

               Plaintiff,

     v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

               Defendant.

_____/

Case No.  1:15-cv-01678-SKO

**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF**

(Doc. 17)

     Pursuant to the parties' stipulation (Doc. 17), IT IS HEREBY ORDERED that the Commissioner is granted an initial 60-day extension of time, up to and including October 18, 2016, to file her responsive brief.

     All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 23, 2016**                              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE